**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AUTOMOTIVE SUPPORT GROUP,
L.L.C., a Michigan limited liability
company, d/b/a ASG RENAISSANCE
and ASG RENAISSANCE, L.L.C.,

       Plaintiff,       Case No. 11-11169-PJD-MKM
                              Hon. Patrick J. Duggan
vs.                              Magistrate Mona K. Majzoub

DALE HIGHTOWER and
DON RAY McGOWAN III,

       Defendant(s)

and

DON RAY MCGOWAN, III,

       Defendant and Counter-Plaintiff,

vs.

AUTOMOTIVE SUPPORT GROUP,
L.L.C., a Michigan limited liability
company, d/b/a ASG RENAISSANCE
and ASG RENAISSANCE, L.L.C.,

       Plaintiff and Counter-Defendant.
_____/

**ORDER SETTING ASIDE DEFAULT AGAINST
DEFENDANT DON RAY MCGOWAN III**

      The parties hereto having stipulated and agreed to set aside the Default entered on April 13, 2011, against Defendant Don Ray McGowan III, and the

Court being fully advised in the premises, it is therefore,

> **ORDERED** that the default entered by the Clerk of the Court against Defendant Don Ray McGowan III on April 13, 2011, is hereby set aside.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: April 21, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, April 21, 2011, by electronic and or ordinary mail.

    s/Marilyn Orem
    Case Manager