**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AUTOMOTIVE SUPPORT GROUP,
L.L.C., a Michigan limited liability
company, d/b/a ASG RENAISSANCE
and ASG RENAISSANCE, L.L.C.,

        Plaintiff,        Case No. 11-11169-PJD-MKM
                                Hon. Patrick J. Duggan
vs.                                    Magistrate Mona K. Majzoub

DALE HIGHTOWER and
DON RAY McGOWAN III,

        Defendant(s)

and

DON RAY MCGOWAN, III,

        Defendant and Counter-Plaintiff,

vs.

AUTOMOTIVE SUPPORT GROUP,
L.L.C., a Michigan limited liability
company, d/b/a ASG RENAISSANCE
and ASG RENAISSANCE, L.L.C.,

        Plaintiff and Counter-Defendant.
_____/

**ORDER GRANTING DEAFULT JUDGMENT AND INJUNCTION
AGAINST DALE HIGHTOWER**

    This matter having come before the Court upon Plaintiff Automotive

Support Group, L.L.C.'s Motion for Default Judgment Against Dale Hightower,

and the Court being otherwise fully advised in the premises, it is

>**ORDERED** that judgment against Defendant Dale Hightower is hereby entered in the amount of $45,000.00, including attorney fees, costs and statutory interest.
>
>**FURTHER ORDERED** that Defendant Dale Hightower is enjoined from competing with Plaintiff in the business of human resource placement until December 8, 2012.
>
>**FURTHER ORDERED** that Defendant Dale Hightower is permanently enjoined from using Plaintiff's customer list or other Confidential Information obtained during his employment with Plaintiff.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: October 20, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, October 20, 2011, by electronic and or ordinary mail.

       s/Marilyn Orem
       Case Manager