**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AUTOMOTIVE SUPPORT GROUP,
L.L.C., a Michigan limited liability
company, d/b/a ASG RENAISSANCE
and ASG RENAISSANCE, L.L.C.,

        Plaintiff,        Case No. 11-11169-PJD-MKM
                                      Hon. Patrick J. Duggan
vs.                                        Magistrate Mona K. Majzoub

DALE HIGHTOWER and
DON RAY McGOWAN III,

        Defendant(s)

and

DON RAY MCGOWAN, III,

        Defendant and Counter-Plaintiff,

vs.

AUTOMOTIVE SUPPORT GROUP,
L.L.C., a Michigan limited liability
company, d/b/a ASG RENAISSANCE
and ASG RENAISSANCE, L.L.C.,

        Plaintiff and Counter-Defendant.
_____/

**AMENDED
ORDER GRANTING DEAFULT JUDGMENT AND INJUNCTION
AGAINST DALE HIGHTOWER**

      This matter having come before the Court upon Plaintiff Automotive

Support Group, L.L.C.'s Motion for Default Judgment Against Dale Hightower,

and the Court being otherwise fully advised in the premises, it is

> **ORDERED** that judgment against Defendant Dale Hightower is hereby entered in the amount of $45,000.00, including attorney fees, costs and statutory interest.


    <u>s/Patrick J. Duggan</u>
    Patrick J. Duggan
    United States District Judge

Dated: October 24, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, October 24, 2011, by electronic and or ordinary mail.

    <u>s/Marilyn Orem</u>
    Case Manager