UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMOTIVE SUPPORT GROUP, LLC,
d/b/a ASG RENAISSANCE and ASG
RENAISSANCE, LLC,

    Plaintiff,

v.

Case No. 11-11169
Honorable Patrick J. Duggan

DALE HIGHTOWER and DON RAY
MCGOWAN III,

    Defendants.

_____/

## JUDGMENT AGAINST DEFENDANT DALE HIGHTOWER

Plaintiff Automotive Support Group, LLC ("ASG") initiated this action against former employees Dale Hightower ("Hightower") and Don Ray McGowan III (collectively "Defendants"), raising several claims arising from Defendants' alleged breach of their employment contracts. Although appearing for a deposition subpoenaed by ASG, Hightower has failed to respond to ASG's Complaint and ASG has filed a motion for default judgment against him. On October 20, 2011, this Court granted ASG's motion for default judgment against Hightower. The Court entered an amended order granting ASG's default judgment motion on October 24, 2011.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Judgment is entered in favor of Plaintiff Automotive Support Group, LLC and against Defendant Dale

Hightower in the amount of $45,000, including attorneys fees, costs, and statutory interest.

Dated: October 26, 2011                     s/PATRICK J. DUGGAN
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record