UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMOTIVE SUPPORT GROUP, LLC,
d/b/a ASG RENAISSANCE and ASG
RENAISSANCE, LLC,

      Plaintiff,

v.

      Case No. 11-11169
      Honorable Patrick J. Duggan

DALE HIGHTOWER and DON RAY
MCGOWAN III,

      Defendants.
_____/

## JUDGMENT IN FAVOR OF DEFENDANT DON RAY MCGOWAN III

Plaintiff Automotive Support Group, LLC ("ASG") initiated this action against former employees Dale Hightower and Don Ray McGowan III ("McGowan") (collectively "Defendants"), raising several claims arising from Defendants' alleged breach of their employment contracts. ASG filed a First Amended Complaint against McGowan, only, on March 28, 2011. On August 31, 2011, McGowan filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 with respect to *inter alia* ASG's claims against him.

On this date, the Court granted McGowan's summary judgment motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff Automotive Support Group, LLC's First Amended Complaint against Defendant Don Ray McGowan

III is **DISMISSED WITH PREJUDICE**

Dated:October 26, 2011           s/PATRICK J. DUGGAN
                                               UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record