**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AUTOMOTIVE SUPPORT GROUP,
L.L.C., a Michigan limited liability
company, d/b/a ASG RENAISSANCE
and ASG RENAISSANCE, L.L.C.,

       Plaintiff,       Case No. 11-11169-PJD-MKM
                                Hon. Patrick J. Duggan
vs.                            Magistrate Mona K. Majzoub

DALE HIGHTOWER and
DON RAY McGOWAN III,

       Defendant(s)

and

DON RAY MCGOWAN, III,

       Defendant and Counter-Plaintiff,

vs.

AUTOMOTIVE SUPPORT GROUP,
L.L.C., a Michigan limited liability
company, d/b/a ASG RENAISSANCE
and ASG RENAISSANCE, L.L.C.,

       Plaintiff and Counter-Defendant.
_____/

**<u>ORDER STAYING PROCEEDINGS PENDING APPEAL
AND ACCEPTANCE OF CERTIFIED CHECK IN LIEU OF BOND</u>**

      The parties hereto having stipulated and agreed, and the Court being

fully advised in the premises, it is

**ORDERED** that Plaintiff shall deposit with the Clerk of the Court a certified check in the total amount of the Judgment issued in this matter on January 6, 2012, being $70,501.31. The Clerk of the Court shall accept Plaintiff's certified check in the amount of $70,501.31 and shall deposit the certified check in an interest bearing account, to be held by the Clerk of the Court pending the outcome of the appeal in this matter.

**FURTHER ORDERED** that the Clerk of the Court shall not disburse the funds being held until further order of the Court.

**FURTHER ORDERED** that all proceedings pertaining to this matter, including execution upon any judgment in this Court, are hereby stayed, pending the outcome of the appeal or until further order of the court.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: January 17, 2012
I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, January 17, 2012, by electronic and or ordinary mail.

      s/Marilyn Orem
      Case Manager